UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHIQUITA THOMAS** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. |
| | * | |
| **THIRD COAST INSURANCE COMPANY,** | * | JUDGE |
| **EVENSON TRUCKING COMPANY, AND** | * | |
| **JOHN CARL MERRILL** | * | MAGISTRATE |

NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant, **Third Coast Insurance Company**, hereby remove this matter from the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, in which it is now pending, to the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. §§1441, 1446, *et seq.,* for the following reasons:

I.

On February 16, 2022, the plaintiff filed the attached Petition for Damages, commencing a civil action in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, entitled, *Chiquita Thomas v. Third Coast Insurance Company, Evenson Trucking Company, and John Carl Merrill*, bearing Civil Action No. C-716057. A copy of said Petition for Damages is attached and made part of this Notice of Removal as **Exhibit "A"**.

1

II.

The Petition for Damages alleges that the defendant, John Carl Merrill, is a person of the full age of majority and domiciled in the State of Texas; defendant, Evenson Trucking Company, is domiciled in Texas; and defendant, Third Coast Insurance Company, is domiciled in Wisconsin.

III.

The plaintiff alleges in her Petition for Damages that she suffered injuries and has experienced physical and mental pain, suffering, and anguish, physical disability and/or impairment of functions and activities, loss of income and/or loss of earning capacity, loss of enjoyment of life, property damage, and "other damages which may be shown at the trial of this matter."

IV.

Plaintiff initially pled that her damages do not exceed $75,000 exclusive of interest and costs (See Petition for Damages, paragraph 11). However, Plaintiff admitted in discovery that her damages now exceed $75,000, the jurisdictional threshold for removal. A copy of Plaintiff's answers to the Requests for Admission are attached as **Exhibit "B"**.

V.

Accordingly, Petitioner shows to a degree of legal certainty that the amount in controversy for the claims of the plaintiff exceeds the jurisdictional minimum of $75,000.00 of this Court for the purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332.

VI.

This suit is civil in nature and is one over which this Court has original jurisdiction and is one over which the district courts of the United States are given original jurisdiction on the grounds on diversity of citizenship pursuant to 28 U.S.C.§ 1332.

VII.

A copy of the Notice of Removal is also being filed with the clerk of the district court in which this cause was originally filed (attached as **Exhibit "C"**).

VIII.

Pursuant to 28 U.S.C. §1447(b), copies of all process, pleadings and orders served upon defendant, Third Coast Insurance Company, and the full state court record are attached hereto as **Exhibit "D"**. Only Third Coast Insurance Company has been served by the state court record.

IX.

Defendant, Third Coast Insurance Company, received notice that damages exceed $75,000 exclusive of interest and costs on or about April 21, 2022.

X.

Thirty (30) days have not elapsed since Plaintiff affirmed that her damages exceed the jurisdictional threshold for removal in her discovery responses and the filing of this pleading.

**WHEREFORE**, petitioner prays that this Notice of Removal be accepted as good and sufficient and that the aforesaid action pending against it in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, be removed therefrom to this Court.

Respectfully submitted,

*/s/ Sean M. McAllister*
GUY D. PERRIER, #20323
gperrier@perrierlacoste.com
SEAN M. MCALLISTER, #35900
smcallister@perrierlacoste.com
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, LA  70130
Telephone:     (504) 535-2592
Facsimile:      (504) 212-8869

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, e-mail, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 12th day of May, 2022, at their last known address of record.

*/s/ Sean M. McAllister*
SEAN M. MCALLISTER