**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**



FIRST CLASS

US POSTAGE — PITNEY BOWES
ZIP 70802 $005.71⁰
02 4W
0000382748 FEB 25 2022

7021 1970 0000 4782 7232

CERTIFIED MAIL



Baton Rouge P&DC 708
FRI 25 FEB 2022 PM

AF LANSING 03/07/2022

# State of Louisiana
# Secretary of State

02/25/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

THIRD COAST INSURANCE COMPANY
15200 WEST SMALL ROAD
NEW BERLIN, WI  53151

Suit No.: 716057
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

CHIQUITA THOMAS
vs
THIRD COAST INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E. GASPARD

Date: 02/24/2022
Title: DEPUTY SHERIFF

No: 1226952



AF LANSING 03/07/2022

TG

# SERVICE COPY

D8446411

# CITATION

**CHIQUITA THOMAS**
(Plaintiff)

**NUMBER C-716057 "25"**

VS

**19TH JUDICIAL DISTRICT COURT**

**THIRD COAST INSURANCE COMPANY,
ET AL**
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

SERVED ON
R. KYLE ARDOIN

**TO:   THIRD COAST INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE**

FEB 2 4 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 17, 2022.**



*Tracy Hewitt*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LOWE, BENJAMIN T**
*The following documents are attached:
**PETITION FOR DAMAGES. REQ. FOR NOTICE, INTERR AND REQ. FOR PRODUCTION OF DOCUMENTS, REQ. FOR ADMISSIONS**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**       After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____
TOTAL:   $_____

_____
Deputy Sheriff
Parish of East Baton Rouge
**CITATION-2000**

RECEIVED

FEB 2 3 2022

E B R SHERIFF'S OFFICE

AF LANSING 03/07/2022

EAST BATON ROUGE PARISH
Filed Feb 16, 2022 4:19 PM
Deputy Clerk of Court
C-716057
25

| | |
|---|---|
| **CHIQUITA THOMAS** | **DOCKET NO.:** _____ **DIV.:** "___" |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **THIRD COAST INSURANCE COMPANY, EVENSON TRUCKING COMPANY, and JOHN CARL MERRILL** | **PARISH OF EAST BATON ROUGE** <br> **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned Counsel, comes Plaintiff, **CHIQUITA THOMAS**, a person of full age residing in Ascension Parish, State of Louisiana, who respectfully avers as follows:

1.

Made Defendants herein are:

1. **THIRD COAST INSURANCE COMPANY**, and/or an affiliate thereof, a foreign insurer authorized to do and doing business in the State of Louisiana;

2. **EVENSON TRUCKING COMPANY**, and/or an affiliate thereof, a foreign corporation not authorized to do and doing business in the State of Louisiana;

2. **JOHN CARL MERRILL**, a person of the full age of majority and resident of Tarrant County, Texas;

for the following reasons, to-wit:

2.

On or about March 10, 2021, Plaintiff, CHIQUITA THOMAS, was operating a 2013 Chevrolet Camaro traveling in the right eastbound lane of Interstate 10 in East Baton Rouge Parish, Louisiana.

3.

At approximately the same time and place, Defendant, JOHN CARL MERRILL, and/or a permissive driver, was operating a 2016 International Tractor Trailer owned by his employer, Defendant, EVENSON TRUCKING COMPANY, and/or an affiliate thereof, traveling eastbound on the Washington Street entrance ramp adjacent to Interstate 10 eastbound when he, and/or a permissive driver, suddenly and without warning attempted to merge into the right eastbound on Interstate 10 in which Plaintiff was traveling subsequently striking the passenger side of Plaintiff's vehicle ultimately causing Plaintiff to sustain the injuries, damages, and losses complained of herein.

4.

This crash was caused solely by the fault and negligence of Defendant, JOHN CARL MERRILL. Such fault and negligence includes, but is not necessarily limited to, the following:

Page -1-

*Tracy Hewitt*



Certified True and Correct Copy
CertID: 2022021700360
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
2/17/2022 10:31 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

a. Failing to maintain a proper lookout;

b. Failing to maintain reasonable and proper control of their vehicles upon a public road;

c. Failing to comply with governmental and/or industry safety codes, standards, and regulations regarding the maintenance and operation of the vehicle involved in the subject crash;

d. Failing to see and do what reasonably should have been done to avoid the collision; and

e. Any other act of neglect or fault that may be proven at trial.

5.

As a result of this crash and due to the fault and negligence of Defendant, JOHN CARL MERRILL, Plaintiff has sustained serious and debilitating personal injuries.

6.

As a result of the fault and negligence of Defendant, JOHN CARL MERRILL, Plaintiff is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned crash:

a. Physical and mental pain, suffering and anguish;

b. Physical disability and/or impairment of functions and activities;

c. Loss of income and/or loss of earning capacity;

d. Loss of enjoyment of life;

e. Property damage; and

f. Other damages which may be shown at the trial of this matter.

7.

As a result of these injuries, Plaintiff has incurred and will in the future incur expenses which she is entitled to recover from Defendant, JOHN CARL MERRILL, including, but limited to, medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel and other related and necessary expenses.

8.

Plaintiff alleges on information and belief at all pertinent to this suit, Defendant, JOHN CARL MERRILL, and/or a permissive driver, was an employee of Defendant, EVENSON TRUCKING COMPANY, and/or an affiliate thereof, in the course and scope of his employment and/or on a mission for Defendant, EVENSON TRUCKING COMPANY, and/or an affiliate thereof, thereby rendering Defendant, EVENSON TRUCKING COMPANY, and/or an affiliate thereof,

Page -2-



Certified True and Correct Copy
CertID: 2022021700360



East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/17/2022 10:31 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

vicariously liable for the damages occasioned by the actions of Defendant, JOHN CARL MERRILL, and/or a permissive driver, under the doctrine of *Respondeat Superior*.

9.

Plaintiff alleges on information and belief that at the time of this crash, there was in full force and effect a policy of liability insurance insuring the 2016 International Tractor Trailer operated by Defendant, JOHN CARL MERRILL, and/or a permissive driver, and owned by Defendant, EVENSON TRUCKING COMPANY, and/or an affiliate thereof, hat was issued by Defendant, THIRD COAST INSURANCE COMPANY, and/or an affiliate thereof, that was involved in the automobile crash that took place on or about March 10, 2021 that inures to the benefit of Plaintiff as a source of compensation for the injuries sustained therein as a direct and proximate cause of the above described crash.

10.

The automobile crash referenced herein that caused the damages sustained by Plaintiffs occurred in the Parish of East Baton Rouge and Defendant, THIRD COAST INSURANCE COMPANY, and/or an affiliate thereof, is a foreign insurer who is liable *in solido* with the other Defendant named herein, therefore venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Articles 42, 73, and 74.

11.

Upon information and belief, Plaintiff's damages do not exceed $75,000.00 exclusive of interest and costs.

**WHEREFORE**, Plaintiff, **CHIQUITA THOMAS**, pray that Defendants be served with a certified copy of this petition, and after being duly cited to appear and answer same in the form and manner prescribed by law, be duly served upon Defendants, and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff and against Defendants, **THIRD COAST INSURANCE COMPANY, EVENSON TRUCKING COMPANY, and JOHN CARL MERRILL**, *jointly and in solido*, in order to deter wrongful conduct, ensure and encourage socially responsible behavior, establish safe community standards, and compensate Plaintiff in an amount deemed just and fair for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees.

Page -3-

*Tracy Hewitt*

East Baton Rouge Parish
Deputy Clerk of Court



Certified True and Correct Copy
CertID: 2022021700360

Generated Date:
2/17/2022 10:31 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

**Law Offices of Spencer H. Calahan, L.L.C.**

By: _____
BENJAMIN T. LOWE, Bar No. 33594
SPENCER H. CALAHAN, Bar No. 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2323
Facsimile: (225) 387-2324
Email: ben@calahanlaw.com

**PLEASE SERVE:**

**THIRD COAST INSURANCE COMPANY**
*through its registered agent for service of process*
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809                    Domicile:    15200 West Small Road
                                                      New Berlin, WI 53151

**EVENSON TRUCKING COMPANY**
*through its registered agent for service of process via the long-arm statute La. R.S. 13:3201 et seq.*
Robert Evenson
Highway 281 West
Sunray, TX 79086                         Domicile:    7710 Broadway Drive
                                                      Amarillo, TX 79108

**JOHN CARL MERRILL**
*via the long-arm statute La. R.S. 13:3201 et seq.*
1821 Yorkshire Street
Fort Worth, TX 76134

Page -4-

Certified True and Correct Copy
CertID: 2022021700360
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/17/2022 10:31 AM
AF LANSING 03/07/2022
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH   C-716057
Filed Feb 16, 2022 4:19 PM        25
Deputy Clerk of Court

| | |
|---|---|
| **CHIQUITA THOMAS** | DOCKET NO.: _____ DIV.: "____" |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **THIRD COAST INSURANCE COMPANY, EVENSON TRUCKING COMPANY, and JOHN CARL MERRILL** | **PARISH OF EAST BATON ROUGE** **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully Submitted:

Law Offices of Spencer H. Calahan, L.L.C.

By: _____
BENJAMIN T. LOWE, Bar No. 33594
SPENCER H. CALAHAN, Bar No. 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2323
Facsimile: (225) 387-2324
Email: ben@calahanlaw.com

**PLEASE SERVE WITH PETITION**

Page -5-



Certified True and Correct Copy
CertID: 2022021700361
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
2/17/2022 10:31 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).